UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNAB SARKAR an individual,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB, F/K/A WELLS FARGO BANK, N.A.; THE BANK OF NEW YORK AS TRUSTEE FOR SECURITIZED TRUST WORLD SAVINGS BANK MORTGAGE PASS-THROUGH CERTIFICATES REMIC 28 TRUST; AND DOES 1 THROUGH 100; INCLUSIVE,<br><br>Defendants. | CASE NO.: 3:13-CV-04375-SC<br><br>[The Honorable Samuel Conti]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE HEARING ON THE MOTION TO DISMISS AND MOTION TO REMAND AND EXTEND THE DEADLINE TO FILE REPLIES TO THE MOTIONS**<br><br>Date:   February 7, 2014<br>Time:   10:00 a.m.<br>Ctrm:   1, 19th Floor |

The Court, having reviewed the Stipulation to continue the hearing on the motion to dismiss, motion to remand, and extend the deadline to file replies to motion to dismiss and motion to remand and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT:**

1.   The motion to dismiss and motion to remand be continued from December 20, 2013 and November 26, 2013 respectively, to February 7, 2014 and to extend the deadline of the

1 | reply in support of the motion to dismiss and the reply support of the motion to remand to
2 | January 17, 2014.
3 | **IT IS SO ORDERED.**
4 |
5 | Dated: 11/06/2013
6 | HONO[RABLE]
   | UNITE[D STATES DISTRICT JUD]GE
7 | Judge Samuel Conti