Airene Williamson, Esq.
Nevada State Bar # 11594
California State Bar # 277101
WILLIAMSON LAW OFFICE, PLLC
1645 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
awilliamson@wlawoffice.com
Attorney for Plaintiff ARNAB SARKAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNAB SARKAR, an individual | Case No. 3:13-cv-04375-EDL |
| Plaintiff, | [The Honorable Elizabeth D. Laporte] |
| WORLD SAVINGS FSB, F/K/A WELLS FARGO BANK, N.A; THE BANK OF NEW YORK AS TRUSTEE FOR SECURITIZED TRUST WORLD SAVINGS BANK MORTGAGE PASS-THROUGH CERTIFICATES REMIC 28; AND DOES 1 THROUGH 100 INLCLUSIVE. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION**<br><br>**[Fed. R. of Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**TO THIS HONORABLE COURT:**

Comes Now, Plaintiff ARNAB SARKAR, by and through his attorney of record, respectfully submits this Notice of Voluntary Dismissal of Action pursuant to FRCP Rule 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows dismissal of an action without order of the court before the opposing party serves either an answer or a motion for summary judgment. *See Commercial Space Mgmt. Co., Inc.*

1

*v. Boeing Co,, Inc.* (9th Cir. 1999).  Neither of the Defendants, Word Savings FSB, f/k/a Wells Fargo Bank, N.A. or the Bank of New York as Trustee for Securitized Trust World Savings Bank Mortgage Pass-Through Certificates REMIC-28 has served an answer or a motion for summary judgment.  However, Defendant World Savings FSB, f/k/a Wells Fargo Bank, N.A. filed a Motion to Dismiss Plaintiff's Complaint on October 13, 2013 and Defendant the Bank of New York as Trustee for Securitized Trust World Savings Bank Mortgage Pass-Through Certificates REMIC-28 filed a Motion for Joinder to Defendant World Savings FSB, f/k/a Wells Fargo Bank, N.A's Motion to Dismiss on October 23, 2013.

WHEREFORE, the Plaintiff dismisses this case without prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear their own attorneys' fees and costs.

DATED:  March 3, 2014            WILLIAMSON LAW OFFICE, PLLC

By:*/s/ Airene Williamson*
 Airene Williamson, Esq.
Nevada State Bar # 11594
California State Bar # 277101
WILLIAMSON LAW OFFICE, PLLC
1645 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
Attorney for  Plaintiff  ARNAB SARKAR

**CERTIFICATE OF SERVICE**

2

1   I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I
2   am employed in the City of Las Vegas, Nevada; my business address is Williamson Law Office,
3   PLLC, 1645 Village Center Circle, Ste. 200; Las Vegas, Nevada 89134.
4   On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Counsel for the Defendants Wells Fargo Bank, N.A. and The Bank of New York*

Robert A. Bailey (#214688)
Daniel A. Armstrong (#270175)
ANGLIN, FLEWLLING, RASMUSSEN, CAMPBELL &TRTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Las Vegas, Nevada on March 3, 2014.

Emma L. Gonzales                                             */s/ Emma L. Gonzales*